**842**

ALBERT HECKLER, Respondent, v. THOMAS E. MURRAY, JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — O'Malley, Townley, Glennon, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of HENRY C. LEVY, Respondent, v. CHARLES STEPANEK, JR., Appellant.— Judgment unanimously reversed, the information dismissed and fine remitted, upon the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — O'Malley, Townley, Glennon, Dore and Callahan, JJ.

In the Matter of the Application of JOHN J. CONLAN, Petitioner, for an Order against LEWIS J. VALENTINE, Commissioner of the Police Department of the City of New York, and Another, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — O'Malley, Townley, Glennon, Dore and Callahan, JJ.

AMALIA MAJOR MONA, Appellant, Respondent, v. EMIL RINN, Individually and as Administrator, etc., of AUGUST RINN, and EMIGRANT INDUSTRIAL SAVINGS BANK, Respondents, and MERI RINN, Respondent, Appellant. — Judgment unanimously affirmed, with costs to the defendant Emil Rinn, individually and as administrator, etc., against plaintiff and the defendant Meri Rinn. No opinion. Present — O'Malley, Townley, Glennon, Dore and Callahan, JJ.

GEORGE W. MILLS and HENRY M. MILLS, Appellants, v. CENTRAL HANOVER BANK & TRUST COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 444 MADISON AVENUE CORPORATION, Relator, Appellant, v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1932.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. 444 MADISON AVENUE CORPORATION, Relator, Appellant, v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1933.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. 444 MADISON AVENUE CORPORATION, Relator, Appellant, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1934.) — Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MINNA F. LIPPMAN, Appellant, v. GEORGE GILCHRIST and Others, Respondents. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BERTRAM H. MOCK, as Executor, etc., of JAMES H. CAAN, Deceased, Appellant, v. JOSEPH STEIR and PHILIP STEIR, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GRACE E. BLAIR, Appellant, v. MORRIS LEVINE and LIDO JEWELS, INC., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.